FILED

APR 0 3 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>SERGIO CHAVEZ<br><br>  Defendant. | Crim No. 14 CR 3176-GT<br>ORDER ON<br>**JOINT MOTION TO**<br>**CONTINUE SENTENCE**<br><br><br>DATE : 04-03-15<br>TO : 05-11-15 |

GOOD CAUSE BEING SHOWN:

The sentencing in this matter will be moved from 04-03-15 to 05-11-15

DATED 4-3-15                           _____
                                        UNITED STATES DISTRICT JUDGE

1